UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DASHANTE SCOTT JONES, : | | |
| Plaintiff, : | | CASE NO. 3:15-cv-613 (VAB) |
| : | | |
| v. : | | |
| : | | |
| SCARLETT FORBES, et al., : | | |
| Defendants. : | | NOVEMBER 5, 2015 |
| : | | |

**RULING ON MOTION FOR PRELIMINARY INJUNCTIVE RELIEF [Doc. No. 15]**

Plaintiff, Dashante Scott Jones, seeks an order that defendant Forbes, Coyne, Frayne, Wright, Murphy, Quigley, Sweet, Waldron, Williams, Snyder, Colby, Jusseame, Glover, Witkowski, Brunham, Barrett, Barnes and Bogue refrain from retaliating against him. Mr. Jones is incarcerated at the MacDougall-Walker Correctional Institution in Suffield, Connecticut. All of these defendants work at Northern Correctional Institution or the Corrigan-Radgowski Correctional Center.

Interim injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion. *Masurek v. Armstrong*, 520 U.S. 968, 972 (1997) (per curiam) (emphasis, quotation marks and citation omitted). Preliminary injunctive relief is intended "to preserve the status quo and prevent irreparable harm until the court has an opportunity to rule on the lawsuit's merits." *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (per curiam).

Mr. Jones is confined at a different correctional facility from all defendants referenced in

this motion.  The Court cannot discern how any of these defendants can take any actions against him.  Thus, there is no need for preliminary injunctive relief.

The motion for temporary restraining order [**Doc. No. 15**] is **DENIED**.

**SO ORDERED** at Bridgeport, Connecticut, this 5th day of November, 2015.


 /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge